# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141464

LEON RUBENFAER, M.D.,
   Plaintiff-Appellee,

v

            SC: 141464
            COA: 289044
            Macomb CC: 2004-000627-CL

PHC OF MICHIGAN, INC.,
   Defendant-Appellant.
_____/

   On order of the Court, the application for leave to appeal the April 20, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2010       _____

d1209              Clerk